Sua sponte, cause consolidated with 2002–1440, *State v. Burnside,* Fairfield App. No. 01CA60, 2002-Ohio-4344.

Douglas and F.E. Sweeney, JJ., dissent.

Resnick, J., not participating.

The conflict case is *State v. Zuzga* (2001), 141 Ohio App.3d 696, 753 N.E.2d 229.

**2002–1552. State ex rel. Commt. for the Charter Amendment, City Trash Collection v. Westlake.**
In Mandamus. On relator's bill and documentation in support of attorney fees. Attorney fees granted in the amount of $18,550.

**2002–1674. Maestle v. Best Buy Co.**
Cuyahoga App. No. 79827, 2002-Ohio-3769. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed September 24, 2002:

"Should R.C. 2711.02 and R.C. 2711.03 be read in pari materia and require the court to conduct a hearing to determine whether the parties here entered into a valid and enforceable arbitration agreement or are these distinct statutes as determined in *Brumm v. McDonald & Co. Securities, Inc.* (1992), 78 Ohio App.3d 96 [603 N.E.2d 1141], holding that R.C. 2711.02 does not require the court to conduct such a hearing?"

Resnick and F.E. Sweeney, JJ., dissent.

**2002–1709. State v. McNeal.**
Allen App. No. 1–01–158, 2002-Ohio-2981. On motion for leave to file delayed appeal. Motion denied.
Pfeifer and Lundberg Stratton, JJ., dissent.

**2002–1717. State v. Harris.**
Miami App. No. 02CA21. On motion for leave to file delayed appeal. Motion denied.

**2002–1733. State v. Jackson.**
Cuyahoga App. No. 80398, 2002-Ohio-4576. On motion for stay of court of appeals' judgment. Motion denied.
Pfeifer, J., dissents.

**2002–1752. State v. Carter.**
Lucas App. No. L–00–1082, 2002-Ohio-3433. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.
Resnick, J., not participating.

**2002–1804. State v. Krcal.**
Cuyahoga App. No. 80061, 2002-Ohio-3634. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.

**2002–1809. State v. Houser.**
Washington App. No. 02CA35. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.

**2002–1829. State v. Holloman.**
Hamilton App. No. C–010685. On motion for leave to file delayed appeal. Motion denied.
Pfeifer, J., dissents.

**2002–1840. State v. Marshall.**
Lorain App. No. 02CA008024, 2002-Ohio-5037. On motion for stay of court of appeals' judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2002–1314. Santos v. Ohio Bur. of Workers' Comp.**
Cuyahoga App. No. 80353, 2002-Ohio-2731.
Cook, J., dissents.